```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                          CASE NO. 05 B 00651
   ROY ALEXANDER LEE
   JEAN LOUISE LEE                              CHAPTER 13

                                                JUDGE: JACQUELINE P COX
          Debtor
   SSN XXX-XX-2944     SSN XXX-XX-6566


-----------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------------
     The case was filed on 01/10/2005 and was confirmed 02/14/2005.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was paid in full 05/27/2008.
-----------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST    PRINCIPAL
                                                              PAID         PAID
-----------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG    35136.20           .00       35136.20
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE     2411.78           .00        2411.78
NISSAN MOTOR ACCEPTANCE   SECURED          14493.54        848.96       14493.54
INTERNAL REVENUE SERVICE  PRIORITY          7265.59       1066.56        7265.59
AMERICAN EXPRESS TRAVEL   UNSECURED         2742.75           .00        2742.75
ASPIRE                    UNSECURED         3153.60           .00        3153.60
ECAST SETTLEMENT CORP     UNSECURED         2230.86           .00        2230.86
CAPITAL ONE SERVICES      UNSECURED        NOT FILED          .00            .00
CHASE FREEDOM             UNSECURED         4462.40           .00        4462.40
CITICORP CREDIT SERVICES  UNSECURED        NOT FILED          .00            .00
BUREAU OF COLLECTION REC  NOTICE ONLY      NOT FILED          .00            .00
MBNA AMERICA              UNSECURED        NOT FILED          .00            .00
SHERMAN ACQUISITION       UNSECURED         3491.29           .00        3491.29
SHERMAN ACQUISITION       UNSECURED         4158.60           .00        4158.60
ROUNDUP FUNDING LLC       UNSECURED         1277.25           .00        1277.25
NISSAN MOTOR ACCEPTANCE   UNSECURED        NOT FILED          .00            .00
INTERNAL REVENUE SERVICE  UNSECURED          608.58           .00         608.58
PETER FRANCIS GERACI      DEBTOR ATTY       2,700.00                    2,700.00
TOM VAUGHN                TRUSTEE                                       5,389.72
DEBTOR REFUND             REFUND                                        3,032.96

       Summary of Receipts and Disbursements:
-----------------------------------------------------------------------------
                   RECEIPTS             DISBURSEMENTS
-----------------------------------------------------------------------------
TRUSTEE           94,470.64

PRIORITY                                   7,265.59
     INTEREST                              1,066.56
SECURED                                   52,041.52
     INTEREST                                848.96
UNSECURED                                 22,125.33

                PAGE  1 - CONTINUED ON NEXT PAGE
       CASE NO. 05 B 00651 ROY ALEXANDER LEE & JEAN LOUISE LEE
```

```
ADMINISTRATIVE                                             2,700.00
TRUSTEE COMPENSATION                                       5,389.72
DEBTOR REFUND                                              3,032.96
                                     ---------------    ---------------
TOTALS                                     94,470.64          94,470.64
```

     Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


```
                                      /s/ Tom Vaughn
   Dated: 08/27/08                   _____
                                      TOM VAUGHN
                                      CHAPTER 13 TRUSTEE
```

                              PAGE   2
           CASE NO. 05 B 00651 ROY ALEXANDER LEE & JEAN LOUISE LEE